### 923. SEABOARD AIR-LINE RAILWAY v. CANUP.

POWELL, J. Though the evidence for the railway company, tending to over-come the presumption of negligence, was very strong, and the evidence to the contrary was very slight, still an inference of negligence by the jury was not wholly unwarranted. The jury having found for the plain-tiff, and the judge of the superior court, on review of the testimony on certiorari, having given his sanction to the verdict, this court will not disturb it.                            *Judgment affirmed.*

Certiorari, from Gwinnett superior court—Judge Brand. December 4, 1907.

Submitted February 17,—Decided February 24, 1908.

*N. L. Hutchins, Shackelford & Shackelford, Cobb & Erwin,* for plaintiff in error. *O. A. Nix,* contra.